**IT IS ORDERED**

**Date Entered on Docket: February 19, 2021**



_____

**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: **Total Oilfield Solutions, LLC**

Debtor.

Case No. 20-11198-j11
(*jointly administered*)

---

In re: **Dennis C. Randall Holman**
and **Donna K. Holman**

Debtors.

Case No. 20-11199-j11
(*jointly administered*)

---

**Murugan Athigaman, M.D.** and
**Shila Ramakrishna**, M.D.,

                                    Plaintiffs,

vs.

**Dennis C. Randall Holman.**,

Adversary No. 20-01075-t

Defendant.

### STIPULATED ORDER TRANSFERING ADVERSARY
### NO. 20-01075-t TO JUDGE JACOBVITZ

**THIS MATTER** came before this Court upon the Plaintiffs' and the Defendant's, ***Joint Motion to Transfer Adversary No. 20-01075-t to Judge Jacobvitz***. The parties have agreed to the transfer of the Adversary to Judge Jacobvitz and as ordered by Judge Jacobvitz. This Court finds the Joint Motion should be granted.

**IT IS THEREFORE ORDERED THAT** Adversary No. 20-01075-t be, and it hereby is, transferred to Judge Jacobvitz.

**\*\*END OF ORDER\*\***

**APPROVED & STIPULATED TO:**

**Martin, Dugan & Martin**

.By_____
      W. T. Martin, Jr.
      509 W. Pierce St.
      P.O. Box 2168
      Carlsbad, NM 88221-2168
      (575) 887-3528
      Fax (575) 887-2136
      *Attorney for Plaintiffs*

**NEWELL LAW FIRM**
      Michael Newell
      10 W. Adams. Ave, Suite E
      Lovington, New Mexico 88260
      (575) 739-6395
      (575) 494-0059 (fax)
      *Attorney for Plaintiffs*

**Giddens & Gatton Law, P.C.**
　　　Approved via email 2/16/21

By: _____
　　　Marcus Sedillo
　　　10400 Academy NE, Suite 350
　　　Albuquerque, New Mexico 87111
　　　(505) 271-1053
　　　(505) 271-4848 (fax)
　　　e-mail: marcus@giddenslaw.com
　　　*Attorney for Defendant*